Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Steven Taylor** | : | Case No. 16−23083−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Per Doc No. 29 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 27th of March, 2019,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 16-23083-TPA
Steven Taylor                                                          Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: lmar                Page 1 of 1                Date Rcvd: Mar 27, 2019
                               Form ID: 309              Total Noticed: 9

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2019.
db             +Steven Taylor,    145 Norman Drive,    Pittsburgh, PA 15236-1413
14277606       +Clearspring Loan Servi,    18451 N Dallas Pkwy Ste,    Dallas, TX 75287-5202
14277611       +Estate of James H. Baker, Deceased,    c/o Patricia Carlson Kocher,    337 Feeport Rd,
                 Pittsburgh, PA 15215-3109
14277613       +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,    Po Box 26648,
                 Oklahoma City, OK 73126-0648

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14277607       +EDI: CCUSA.COM Mar 28 2019 06:43:00      Credit Coll USA,    Ccusa,   16 Distributor Dr Ste 1,
                 Morgantown, WV 26501-7209
14277609       +EDI: CMIGROUP.COM Mar 28 2019 06:43:00      Credit Management, LP,    Attn: Bankruptcy,
                 Po Box 118288,    Carrolton, TX 75011-8288
14345401       +E-mail/Text: kburkley@bernsteinlaw.com Mar 28 2019 03:02:07       Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14277612       +EDI: IIC9.COM Mar 28 2019 06:43:00      IC Systems, Inc,    444 Highway 96 East,
                 St Paul, MN 55127-2557
14297999        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 28 2019 03:01:04
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA   17128-0946
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Acqura Loan Services as Servicer for ARM - Servici
cr              Duquesne Light Company
14277608*      +Credit Coll USA,    Ccusa,   16 Distributor Dr Ste 1,    Morgantown, WV 26501-7209
14277610*      +Credit Management, LP,    Attn: Bankruptcy,   Po Box 118288,    Carrolton, TX 75011-8288
                                                                                              TOTALS: 2, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2019 at the address(es) listed below:
              E. Vernon Parkinson    on behalf of Debtor Steven   Taylor vparkinson@wgsf-law.com,
               nreyes@wgsf-law.com
              James Warmbrodt     on behalf of Creditor    Acqura Loan Services as Servicer for ARM - Servicing
               Trust bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 5
```