**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

STEVEN TAYLOR

    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Respondents.

Case No.:16-23083 TPA

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 08/19/2016 and confirmed on 10/24/2016. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 19,920.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 19,920.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,843.00 | |
|   Trustee Fee | 869.48 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,712.48 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   CLEARSPRING LOAN SERVICES INC | 0.00 | 10,225.00 | 0.00 | 10,225.00 |
|     Acct: 0113 | | | | |
|   CLEARSPRING LOAN SERVICES INC | 7,362.00 | 5,977.52 | 0.00 | 5,977.52 |
|     Acct: 0113 | | | | |
| | | | | 16,202.52 |
| **Priority** | | | | |
|   E VERNON PARKINSON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEVEN TAYLOR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WELCH GOLD & SIEGEL PC | 2,843.00 | 2,843.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PA DEPARTMENT OF REVENUE* | 223.32 | 5.00 | 0.00 | 5.00 |
|     Acct: 3445 | | | | |
| | | | | 5.00 |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY* | 4,838.62 | 0.00 | 0.00 | 0.00 |

| 16-23083 TPA | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| Acct: 3445 | | | | |
| CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0401 | | | | |
| CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4401 | | | | |
| CREDIT MANAGEMENT LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2223 | | | | |
| CREDIT MANAGEMENT LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9316 | | | | |
| ESTATE OF JAMES H BAKER | 11,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2808 | | | | |
| IC SYSTEM INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1001 | | | | |
| MIDLAND MORTGAGE CO* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7680 | | | | |
| PA DEPARTMENT OF REVENUE* | 55.26 | 0.00 | 0.00 | 0.00 |
| Acct: 3445 | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\*\*\*N O N E\*\*\*

| TOTAL PAID TO CREDITORS | | 16,207.52 |
|---|---|---|

TOTAL CLAIMED
PRIORITY            223.32
SECURED          7,362.00
UNSECURED       15.893.88

Date: 05/17/2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com